AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McLaughlin, Joseph M. | 2. Court or Organization  United States Court of Appeal for the Second Circuit | 3. Date of Report  5/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination.  Date ___  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  Jan. 1, 2009  to  Dec. 31, 2009 |
| 7. Chambers or Office Address  U.S. Courthouse  2402 Thurgood Marshall  U.S. Courthouse  40 Centre St., N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| None | |
| | |
| | |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| None | |
| | |
| | |

DISCLOSURE FINANCIAL OFFICE
2010 MAY 11 A 9: 54
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph M. | 5/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1    2009 | Matthew Bender, Royalty | $116,138 |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1    None | |
| 2 | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1    None | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph | 5/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. None | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. None | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph M. | 5/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Morgan Stanley, Smith Barney Money Mkt. Acct. | A | Int. | J | T | | | | | |
| 2 Common Stock, DNP Select Income Fund | E | Div. | M | T | | | | | |
| 3 USAA Tax Exempt Bond Fund | E | Div. | O | T | Buy | 5/8 09 | K | | Public Trad. |
| 4 " | | | | T | Buy | 6/8 09 | J | | " |
| 5 " | | | | T | Buy | 9/28 09 | K | | " |
| 6 Common Stock Suburban Propane | C | Div. | K | T | | | | | |
| 7 Common Stock Citicorp | A | Div. | J | T | | | | | |
| 8 TIAA/CREF Managed Allocation Fund | E | Div. | O | T | Buy | 9/28 09 | K | | Public Trad. |
| 9 TIAA/CREF Growth Equity Fund | A | Div. | J | T | | | | | |
| 10 Annual Summary State. TIAA/CREF Pension | | None | P1 | V | | | | | Explanation in VIII |
| 11 Annual Summary State. Keogh | | None | L | V | | | | | " |
| 12 TIAA/CREF IRA TIAA/CREF Growth Fund | | None | K | V | | | | | " |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Income Gain Codes
(See Columns B1 and D4)
2 Value Codes
(See Columns C1 and D3)

3 Value Method Codes
(See Column C2)

| A $1,000 or less | B $1,001 - $2,500 | C $2,501 - $5,000 | D $5,001 - $15,000 | E $15,001 - $50,000 |
| F $50,001 - $100,000 | G $100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| J $15,000 or less | K $15,001 - $50,000 | L $50,001 - $100,000 | M $100,001 - $250,000 | |
| N $250,001 - $500,000 | O $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| P3 $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| U Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph M. | 5/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.

Line 10   TIAA/CREF is a retirement plan established while I was a law teacher. I did not take minimum distribution from this plan in 2009.


VII.

Line 11   A large portion of my known funds were rolled over to TIAA/CREF in 2003. I took no minimum distribution from these funds in 2009. I took no minimum distribution from the remaining funds in 2009.


VII.

Line 12   These are old IRA accounts with TIAA/CREF from whuch I took no minimum distribution in 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph M. | 5/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE... ...H
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544